153

Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6882

LEXINGTON HOUSE, INC., A Delaware Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 8, 1972.*

LEITER, NEWLIN, FRASER, PARKHURST and McCORD, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6913

MASON-BARRON LABORATORIES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 8, 1972.*

MASON-BARRON LABORATORIES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.